NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

CAMILLO CASTILLO MEDRANO, III, *Petitioner*.

No. 1 CA-CR 20-0065 PRPC

FILED 9-17-2020

Petition for Review from the Superior Court in Maricopa County
No. CR2003-015606-001
The Honorable Timothy J. Ryan, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Amanda M. Parker
*Counsel for Respondent*

Camillo Castillo Medrano, III, Florence
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Jennifer M. Perkins, Judge David B. Gass, and Judge Michael J. Brown delivered the decision of the Court

**PER CURIAM**:

**¶1**    Petitioner Camillo Castillo Medrano, III, seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.  This is petitioner's third petition.

**¶2**    Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012).  It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief.  *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**    We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.  Petitioner has not established an abuse of discretion.

**¶4**    For the foregoing reasons, we grant review but deny relief.

